IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

Diane Burton

Debtor.

Case No 15-10445

Judge Thorne (Honorable)

Chapter 13

Trustee- Marilyn Marshall

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 22 2020
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Diane Burton

Plaintiff

v.

Navient (was Sallie Mae in 2002 name)

Defendant

Adversary Case No _____

Judge Thorne (Honorable)

COMPLAINT TO DECLARE DEBT DISCHARGEABLE DUE TO UNDUE HARDSHIP

1. This is a complaint to determine that a debt is dischargeable pursuant to 11 U.S.C. section 523(a)(8) because of undue hardship

2. Debtor consents to entry of a final order by the bankruptcy judge

3. Plaintiff is a natural person residing in 3617 175th Place, Country Club Hills, IL 60478 Illinois.

4. Defendant Navient (was named Sallie Mae in 2002) is the servicer of a loan that was owed by plaintiff.

5. Defendant Navient (originally named Sallie Mae in 2002) is the creditor to whom the debt is currently owed

6. Plaintiff filed a petition under the Bankruptcy Code in this court on March 24, 2015, which was assigned case number 15 B 10445

7. Plaintiff received a discharge on June 16, 2020.

8. The debt in question is a debt for a student loan that would be nondischargeable under 11 U.S.C. section 523(a)(8) except for the fact that denial of discharge would be an undue hardship to plaintiff.

9. Denial of discharge would be an undue hardship to plaintiff because

    a. Plaintiff is currently unable to maintain a minimal standard of living and also pay this debt due to her income and expenses;

    b. Plaintiff's inability to pay this debt is likely to persist for a significant portion of the repayment period of this loan;

    c. Plaintiff has made a good faith effort to repay this loan

WHEREFORE, plaintiff prays that the Court

A. Enter a Judgment Order declaring that plaintiff's liability on this debt is discharged due to undue hardship

B. Grant such other, further, or different relief as may be just and equitable.

*Dione Burton*
Plaintiff

Service list

**NAVIENT**

P.O. Box 9640
Wilkes-Barre PA 18773-9640

*Fax: (570)-200-6259*

DIANE BURTON
JOVAN J TOLBERT
3617 175TH PL
CNTRY CLB HLS IL 60478-4602

9706
MSP 34



## DIANE BURTON, your student loan payment is now 40 or more days past due - please make your payment or contact us right away.

As of the date of this letter, we still haven't received the previously due payment for the loan you cosigned referenced above. The Past Due Amount is $62.11. To avoid any additional Late Fees and collection activity, make this payment soon.

**What you need to know**
Late payments or missed payments may reflect on your credit report for up to 7 years from when the delinquency began.

**Ways you can pay today**
Online: Visit Navient.com. This is the fastest way to bring your account up to date. With our mobile site, it's easy to pay on your smartphone, too.
By phone: Call us at *866-334-6290*.
By mail: Send payment to Navient, P.O. Box 9988, Wilkes-Barre, PA 18773-9988. Please include your loan number on the check or money order.

**Let us know if you can't make a payment**
We know financial challenges can come up unexpectedly, and we want to help you stay on track with your repayment schedule. If making a payment isn't an option for you, call us today to talk about your financial situation. We may be able to bring your account current and reduce your Monthly Payments.

**Important disclosure(s)**

*Debt collection attempt*
This is an attempt to collect a debt and any information obtained will be used for that purpose.

*Credit bureau reporting*
We may report information about your account to credit bureaus. Late payments, missed payments, or default on your account may be reflected in your credit report.

**Loan number**
5029 3504 7813 9707

**Date**
September 18, 2020

**Visit us online**
Navient.com

**Contact us**
866-334-6290

Monday - Friday,
8 a.m. - 9 p.m. Eastern

**Keeping our commitment to serve you during this unfolding situation is our focus.** If you're experiencing difficulty making payments as a result of COVID-19, we encourage you to visit Navient.com/COVID-19 for updates and more information on available relief options.

*Fax: to Navient of Service
certificate
(see attached)*

and your student loans.

# NAVI=NT 

JOVAN TOLBERT
Account # ******7691   [→ Log Out

## Loan Details As of 10/15/2020 (ET)

Loan    5029350478139707 Signature Student

| | |
|---|---|
| Loan Status | Repayment |
| Repayment Plan | Full Principal and Interest |
| Repayment Start Date | 07/10/2008 |
| Estimated Payoff Date | 03/04/2033 |

| | |
|---|---|
| Ready to pay off this loan today? | Here are the amounts: |
| Online | $4,129.27 |
| By U.S. Mail | $4,135.38 |

| | |
|---|---|
| Unpaid Principal | $3,081.91 |
| Unpaid Interest | $1,045.25 |
| Unpaid Late Fee | $2.11 |
| Current Balance | $4,129.27 |
| Interest Rate | 7.250% |

Interest rates on private loans are set by the lender.

| | |
|---|---|
| Interest Type | Variable |
| Loan Type | PRIVATE |
| School | SAINT XAVIER UNIVERSITY |
| Current Owner | NAVIENT PRIVATE LOAN TRST |
| Disbursement Date | 12/28/2004 |
| Original Principal | $1,600.00 |
| Cosigner | DIANE BURTON |

ABOUT US  GO TO ABOUT US
TERMS OF USE  GO TO TERMS OF USE
PROTECTING YOUR PRIVACY  GO TO PROTECTING YOUR PRIVACY
CALIFORNIA PRIVACY RIGHTS  GO TO CALIFORNIA PRIVACY RIGHTS
SOCIAL MEDIA POLICIES  GO TO SOCIAL MEDIA POLICIES
ABOUT OUR ADS  GO TO ABOUT OUR ADS
SITE MAP
ACCESSIBILITY  GO TO ACCESSIBILITY
CONTACT US  GO TO CONTACT US

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>Diane Burton / Jovan Tolbert | DEFENDANTS<br>Navient<br>(was in 2002 Sallie Mae) name |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Diane Burton<br>3617 175th Place, Country Club Hills<br>IL 60478, phone # 312-933-3779 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Not able to work in pain & surgeries on lungs, age 65, not able to pay due to can't breath sometimes, and walking difficulties and coughing all the time due to lungs. Navient that use to be named Sallie Mae in 2002 request payment of $4,135.38 and $12,146.18 totaling $16,300.29 on SSI income

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☒ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 22 2020
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Diane Burton | BANKRUPTCY CASE NO.<br>15 - 10445 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Illinois Eastern Division | DIVISION OFFICE<br>Eastern | NAME OF JUDGE<br>Honorable Thorne | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF<br>Diane Burton | DEFENDANT<br>Navient (was named Sallie Mae in 2002) | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Illinois Eastern Division | DIVISION OFFICE<br>Eastern | NAME OF JUDGE<br>Honorable Thorne | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>Diane Burton | | | |
| DATE<br>11/19/2020 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Diane Burton | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.